1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant FERGUSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 09-00009 JW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE SENTENCING HEARING; [PROPOSED] ORDER** |
| v. | ) | |
| CAMRON FERGUSON, | ) | |
| Defendant. | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing in the above-captioned matter, presently scheduled for Monday, September 21, 2009, be continued to Monday, October 5, 2009, at 1:30 p.m.  The continuance is requested because the defense is investigating a possible motion to withdraw Mr. Ferguson's guilty plea based on matters related to his prior counsel, and the parties are engaged in discussions regarding issues related to his prior representation.  Additionally, government counsel is unavailable on September 21, 2009.  Probation Officer Insa Bel'Ochi has been contacted and has no objection to the proposed continuance.

Dated: 9/4/09                          _____/s/_____
                                       LARA S. VINNARD
                                       Assistant Federal Public Defender

Dated: 9/4/09                          _____/s/_____
                                       HANLEY CHEW
                                       Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>CAMRON FERGUSON,<br><br>        Defendant. | No. CR 09-00009 JW<br><br>[~~PROPOSED~~] ORDER CONTINUING SENTENCING HEARING |

The parties have jointly requested a continuance of the sentencing hearing set for September 21, 2009, to allow time for the defense to complete investigation pertaining to Mr. Ferguson's prior counsel. Additionally, government counsel will be unavailable on September 21, 2009.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for September 21, 2009, is continued to October 5, 2009, at 1:30 p.m.

Dated:  September 14, 2009

                                                                                                                        JAMES WARE<br>
                                                                                                                        United States District Judge