IT IS SO ORDERED AS MODIFIED
/s/ James Ware
Judge James Ware

1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant FERGUSON

6              IN THE UNITED STATES DISTRICT COURT

7            FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                      SAN JOSE DIVISION

9

10 UNITED STATES OF AMERICA,     )   No. CR 09-00009 JW
                                 )
11         Plaintiff,            )   **STIPULATION TO CONTINUE
                                 )   SENTENCING HEARING; [PROPOSED]**
   v.                            )   **ORDER**
12                               )
   CAMRON FERGUSON,              )
13                               )
           Defendant.            )
14 _____)

15                          **STIPULATION**

16      Defendant and the government, through their respective counsel, hereby stipulate that,

17 subject to the court's approval, the sentencing hearing in the above-captioned matter, presently

18 scheduled for Monday, December 7, 2009, be continued to Monday, January 4, 2010, at 1:30

19 p.m.  The continuance is requested because the defense is continuing to collect mitigating

20 information that will be presented to the Court prior to the sentencing hearing, and the defense

21 requires additional time to respond to the government's sentencing memorandum.  Additionally,

22 January 4 is the earliest Monday on which both counsel are next available.  Probation Officer

23 Insa Bel'Ochi has advised that she has no objection to the continuance.

24 Dated: 12/2/09                          _____/s/_____
                                           LARA S. VINNARD
25                                         Assistant Federal Public Defender

26

STIPULATION TO CONTINUE SENTENCING
HEARING; [PROPOSED] ORDER
No. CR 09-00009 JW                   1

Dated: 12/2/09 _____/s/_____
HANLEY CHEW
Assistant United States Attorney

## [PROPOSED] ORDER

The parties have jointly requested a one-week continuance of the sentencing hearing set for December 7, 2009, to allow time for the defense to complete mitigation investigation and to respond to the government's sentencing memorandum.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for December 7, 2009, be continued to **January 11, 2010 at 1:30 PM.**

Dated:  December 3, 2009 _____
JAMES WARE
United States District Judge

STIPULATION TO CONTINUE SENTENCING
HEARING; [PROPOSED] ORDER
No. CR 09-00009 JW                             2