BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant FERGUSON

*IT IS SO ORDERED AS MODIFIED*
*James Ware*
*Judge James Ware*
1/10/2010

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>CAMRON FERGUSON,<br><br>  Defendant. | No. CR 09-00009 JW<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; [PROPOSED] ORDER** |

**STIPULATION**

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing in the above-captioned matter, presently scheduled for Monday, January 11, 2010, be continued to Monday, January 25, 2010, at 1:30 p.m.  The continuance is requested because the government has made additional discovery available for review at the Oakland office of the FBI, but defense counsel has not yet been able to view the discovery due to her schedule and workload in recent weeks.  Probation Officer Insa Bel'Ochi has advised that she has no objection to the new date.

Dated: 1/6/10                                        _____/s/_____
                                                              LARA S. VINNARD
                                                              Assistant Federal Public Defender

Dated: 1/6/10                                        _____/s/_____
                                                              HANLEY CHEW
                                                              Assistant United States Attorney

STIPULATION TO CONTINUE SENTENCING
HEARING; [PROPOSED] ORDER
No. CR 09-00009 JW                              1

# [PROPOSED] ORDER

The parties have jointly requested a continuance of the sentencing hearing set for January 11, 2010, to allow time for the defense to review additional discovery located at the FBI's Oakland office.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for January 11, 2010, be continued to **February 22, 2010** at 1:30 p.m.

Dated: January 11, 2010

_____
JAMES WARE
United States District Judge

STIPULATION TO CONTINUE SENTENCING
HEARING; [PROPOSED] ORDER
No. CR 09-00009 JW                              2