1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant FERGUSON

6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

12 UNITED STATES OF AMERICA,        )   No. CR 09-00009 JW
                                    )
13           Plaintiff,              )   **STIPULATION TO AMEND**
                                    )   **JUDGMENT TO WAIVE INTEREST ON**
14 v.                                )   **RESTITUTION; [PROPOSED] ORDER**
                                    )
15 CAMRON FERGUSON,                  )
                                    )
16           Defendant.              )
   _____ )

17       Defendant Camron Ferguson was sentenced on February 22, 2010, and ordered to pay

18 $140, 042.00 in restitution.  Defense counsel requested that the Court waive interest on the

19 restitution because Mr. Ferguson lacks the ability to pay interest.  However, the judgment does

20 not reflect that the interest is waived.  Government counsel has no objection to the waiver of

21 interest on restitution, and prior to the sentencing hearing, Probation Officer Insa Bel'Ochi

22 advised the parties that she does not object to a waiver of interest on restitution.  Accordingly, the

23 parties stipulate that the Court may amend the judgment to waive interest on the restitution.

24       Should the Court agree to waive interest on the restitution, the parties do not believe that

25 a further hearing on this issue is necessary, but should the Court prefer to hear argument, the

26

1  parties request that the Court set the matter on the next available date.

2       IT IS SO STIPULATED.

3  Dated: 3/3/10                                           _____/s/_____
                                                        LARA S. VINNARD

4                                                          Assistant Federal Public Defender

5  Dated: 3/4/10                                           _____/s/_____
                                                        HANLEY CHEW

6                                                          Assistant United States Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>CAMRON FERGUSON,<br><br>        Defendant. | No. CR 09-00009 JW<br><br>[PROPOSED] ORDER AMENDING JUDGMENT TO WAIVE INTEREST ON RESTITUTION |

The Court issued the judgment in this matter on February 26, 2010, ordering in part that Mr. Ferguson must pay $140,042.00 in restitution. The parties have stipulated that interest on the restitution may be waived because he does not have the ability to pay interest, and have further stipulated that the judgment in this matter may be amended to waive Mr. Ferguson's obligation to pay interest on restitution.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that interest on the restitution is waived because Mr. Ferguson does not have the ability to pay interest. The clerk shall amend the judgment to so reflect.

Dated:  March 9, 2010

                                                          JAMES WARE<br>                                                          United States District Judge