IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-00009 EJD |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER COMPELLING |
| ) | PRODUCTION OF RELEVANT |
| vs. ) | DISCOVERY MATERIAL |
| ) | |
| CAMRON FERGUSON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the United States Probation Office ("Probation Office") shall produce the following documents forthwith to the defense:

1. The written statement of Noelle Bronson, dated January 19, 2012, referenced in Charge One of the Petition for Arrest of Offender Under Supervision, filed January 20, 2012, ("Petition"), in the above-captioned matter;

2. The written statement of Camron Ferguson, and any memorialization of Mr. Ferguson's oral statement by the Probation Office, regarding the violation alleged in Charge One of the Petition;

3. The presentence report prepared by the Probation Office in *United States of America v. Noelle Bronson*, Docket No. CR 08-00599 JW, including but not limited to Criminal History information, Other Arrest information, and Other Criminal Activity information.

/ / /

1    It is so ordered.

3    Dated: __February 3__, 2012

     _____
     HON. EDWARD J. DAVILA
     United States District Judge

Stipulation to Compel Production of Relevant
Discovery Material                              2