MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney
San Jose Division

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone:  (408) 535-5060
   Facsimile:   (408) 535-5066
   Hanley.Chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-0009 JW |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE |
| v. ) | DEFENDANT'S APPEARANCE BEFORE |
| ) | THE DISTRICT COURT FROM |
| CAMRON FERGUSON, ) | FEBRUARY 27, 2012 TO MARCH 5, 2012 |
| ) | |
| Defendant. ) | |
| ) | |

The parties, including the defendant, stipulate as follows:

1. On January 20, 2012, the United States Probation Officer Alexandre Bonneville filed a Form 12 in the above-captioned case for alleged violations by defendant Camron Ferguson ("defendant") of the terms of his supervised release. On January 24, 2012, defendant made his initial appearance before the Honorable Paul S. Grewal on the Form 12. Defendant is scheduled to appear before the Honorable Edward J. Davila on February 27, 2012.

2. Government counsel is unavailable on February 27, 2012. Defense counsel and Officer Bonneville do not object to a brief continuance and are available on March 5, 2012.

Therefore, the parties respectfully request that the Court continue defendant's appearance

STIP & [PROP] ORDER
U.S. v. FERGUSON, No. CR 09-00009 JW

before the Honorable Edward J. Davila be continued from February 27, 2012 to March 5, 2012 at 1:30 p.m..

IT IS SO STIPULATED.

                                               MELINDA HAAG
                                               United States Attorney

Dated: February 21, 2012                 /s/ Hanley Chew
                                               HANLEY CHEW
                                               Assistant United States Attorney

Dated: February 21, 2012                 /s/ Cynthia Lie
                                               CYNTHIA LIE
                                               Attorney for Defendant

## [PROPOSED] ORDER

Having considered the stipulation of the parties, and good cause appearing, the Court orders that defendant Camron Ferguson's appearance before the Honorable Edward J. Davila be continued from February 27, 2012 to March 5, 2012 at 1:30 p.m.

IT IS SO ORDERED.

DATED: February 27, 2012                 _____
                                               THE HONORABLE EDWARD J. DAVILA
                                               United States District Court Judge